Thomas M. Daniel
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

John R. Tyler *(pro hac vice to be filed)*
RTyler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Non-Party
GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Google Email Accounts identified in Attachments A and B | Case No.<br><br>**FILED UNDER SEAL** |

**NON-PARTY GOOGLE INC.'S MOTION TO FILE UNDER SEAL PURSUANT TO D. ALASKA L.R. 5.4(a)**

Consistent with L.R. 5.4(a) and prior order from this Court, Non-Party Google Inc. ("Google") moves for leave to file its Motion to Amend a Search Warrant Under 18 U.S.C. § 2703 and Corresponding Motion to Unseal Under D. Alaska L.R. 5.4(a)(7) ("Motion to Amend") and supporting documents, filed concurrently herewith, under seal. Google's Motion to Amend seeks to amend a search warrant issued to Google. *See* Decl. of Despina Papageorge in Support of

Motion to Amend ("Papageorge Decl."), Ex. A. The warrant is subject to a sealing order requiring that all papers submitted to the Court with respect thereto be filed under seal. *Id*, Ex. B. Because Google is required to file under seal by prior order of this Court, and because Google lacks sufficient context to determine which aspects of the search warrant and sealing order would be appropriate for public review, undersigned counsel for Google hereby certifies pursuant to D. Alaska L.R. 5.4(a)(1)(C) that it is neither feasible nor practicable to file a redacted version of the document.

Accordingly, Google respectfully requests that this Court grant its motion to file under seal.

DATED: March 17, 2015.

**PERKINS COIE LLP**

s/ Thomas M. Daniel
Thomas M. Daniel
Alaska Bar No. 8601003

s/ John R. Tyler
John R. Tyler (*pro hac vice to be filed*)
Washington Bar No. 42097

Attorneys for Non-Party
GOOGLE INC.

GOOGLE'S MOTION TO FILE UNDER SEAL -2- 41063-0096/LEGAL125361261.1
Case No.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Case 3:15-mc-00009-KFM   Document 1   Filed 03/18/15   Page 2 of 2