# UNITED STATES DISTRICT COURT
for the
District of Alaska

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:15-mj-00062 DMS
)
EMAIL ACCOUNT REDACTED THAT IS )
STORED AT PREMISES CONTROLLED BY Google )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated herein by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachement B, incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___March 6, 2015___
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 2-20-2015 @ 3:54 pm

City and state: Anchorage, Alaska

/s/ Kevin F. McCoy
U.S. Magistrate Judge
SIGNATURE REDACTED

*Printed name and title*

## ATTACHMENT A

## PREMISES TO BE SEARCHED

This warrant applies to information associated with REDACTED that is stored at premises controlled by Google, a company that accepts service of legal process at Google Inc., 1600 Amphiteatre Parkway, Mountain View California, 94043. Records are requested for the period of December 3, 2012 to February 20, 2015.

*KFM*

FEB 20 2015

# ATTACHMENT B

## Particular Things to be Seized

I. **Information to be disclosed by Google (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on February 1, 2013, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

    a.    The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

    b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c.    The types of service utilized;

    d.    All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

63

*KFM*

FEB 2 0 2015

e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes evidence of violations of U.S. Code Title 50 Section 1701-1706 (International Emergency Economic Powers Act) and U.S. Code Title 18 Section 1956 (Laundering of Monetary Instruments), those violations involving REDACTED and occurring after January 1, 2010, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a. Business records for companies or enterprises conducted by REDACTED REDACTED

b. Communications concerning the preparation and furtherance of the criminal conspiracy described in the probable cause statement.

c. Efforts to conceal or obfuscate the true nature of business and enterprises conducted by REDACTED

d. Knowledge of the REDACTED

e. Communications with individuals not yet known concerning the criminal scheme described in the probable cause statement.

f. Information relating to who created, used, or communicated with the account, including records about their identities and whereabouts.

KFM

FEB 2 0 2015

64